**George E. W. LUEHRMANN et al., Appellants, v. DRAINAGE DISTRICT NO. 7 OF POINSETT COUNTY, ARKANSAS.**

No. 11348.

Circuit Court of Appeals, Eighth Circuit.

Nov. 7, 1938.

Leo S. Rassieur, Charles D. Long, Milton Yawitz, and Norman C. Parker, all of St. Louis, Mo., and J. B. Daggett, of Marianna, Ark., for appellants.

Charles D. Frierson, of Jonesboro, Ark., for appellee.

PER CURIAM.

Petition for leave to appeal from order of District Court denied for want of jurisdiction.

■

**McKESSON & ROBBINS, Inc., a Corporation, Plaintiff-Appellant, v. William H. EDWARDS, Individually and as Collector of Internal Revenue for the Second District of New York, Defendant-Appellee.**

No. 191.

Circuit Court of Appeals, Second Circuit.

March 20, 1939.

Donald Horne and Leonard Marshall, both of New York City, for appellant.

Gregory F. Noonan, U. S. Atty., of New York City (Leon E. Spencer, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Winthrop, Stimson, Putnam & Roberts, of New York City (Percy W. Crane and E. Tinsley Ray, both of New York City, of counsel), for amicus curiae.

Before SWAN, AUGUSTUS N. HAND, Circuit Judges, and PATTERSON, District Judge.

PER CURIAM.

Judgment, D.C., 14 F.Supp. 109, affirmed.

■

**MAGNOLIA PETROLEUM CO., Petitioner, v. Guy A. THOMPSON, Trustee, etc., et al.**

No. 11376.

Circuit Court of Appeals, Eighth Circuit.

Dec. 9, 1938.

Thomas H. Cobbs and William H. Armstrong, both of St. Louis, Mo., for petitioner.

Thomas T. Railey, both of St. Louis, Mo., for respondents.

PER CURIAM.

Petition for leave to appeal from order of District Court denied for want of jurisdiction.